AO 470 (8/85) Order of Temporary Detention

# United States District Court  FILED

———————————— DISTRICT OF ————————————

APR 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

_Ralph L. Price_
  Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: _05-228 M_

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _4/29/05_ * at _11:00_
                                                                     Date                        Time

before _Magistrate Judge Deborah A. Robinson_
                         Name of Judicial Officer

_Courtroom 25 First Floor_
  Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
              Other Custodial Official

Date: _4/27/05_                                 _[signature]_
                                                   Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.