# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**RALPH LAMONT PRICE** | DOCKET NO: 05-195   MAGIS. NO: 05-228<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**FILED**<br>JUN 27 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARR. | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR AN ARRAIGNMENT BEFORE MAGISTRATE JUDGE JOHN M. FACCIOLA ON 06/08/05.

21 USC 841 (a)(1) and 841 (b)(1)(B)(iii) UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE

21 USC 841(a)(1) and 841(b)(1)(C) UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE PHENCYCLIDINE

18 USC 924 (c)(1) USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFIC OFFENSE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21 USC 841 (a)(1) and 841 (b)(1)(B)(iii) |
|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY:<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | JUDGE/MAGISTRATE JUDGE<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>06/08/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>06/08/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>6/9/05<br>DATE EXECUTED<br>6/27/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Robert T. Hoffmaster<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>Robert T. Hoffmaster |