# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

PSA High Intensity Supervision Program
633 Indiana Avenue, NW Ste 1020
Washington, DC 20004
Phone: 220-5530 | Fax: 220-5565

## Request for Removal from PSA Supervision

June 13, 2005
**To:**     The Honorable John Facciola
**From:**   Melvin Tildon, Pretrial Services Officer *MVT / WVA*
**Re:**     Ralph L. Price                                    **PDID #:**   466142

| **Docket #:** | **Charge(s):** | **Court Date:** |
|---|---|---|
| CR05-000195 | Controlled Substance Act<br>Use & Carrying a F/A Dur Crim of Viol | Bench Warrant |

The above named defendant was released by the Court under the supervision of Pretrial Services Agency (PSA) High Intensity Supervision Program with the following release condition(s):

- Report in person to the High Intensity Supervision Program once each week or as directed, to 633 Indiana Avenue, N.W. 10th floor.
- Report to the D.C. Superior Court, 500 Indiana Avenue, N.W., Room C-220 for drug testing and/or drug treatment as directed by the High Intensity Supervision Program.
- Maintain a curfew from 10:00 pm to 6:00 am, every night, unless otherwise directed by program staff.

The following is an assessment of the defendant's compliance with his conditions of release since he was placed in the program on 4/29/05.

**CURFEW:**
     The defendant incurred four (4) curfew infractions since placement. He missed curfew calls on 5/18, 5/15, 5/10 and 5/6/05. The defendant was issued a verbal warning and his curfew adjusted to 8:00pm to 6:00am as an administrative sanction.

**ELECTRONIC MONITORING:**
     Electronic monitoring was installed at the defendant's home on 5/19/05. He has incurred twenty-six (26) infractions on electronic monitoring. The defendant returned after curfew hours everyday from 5/19 to 5/23 and everyday from 5/25 to 6/08/05. Furthermore, the defendant has returned in and out his home between the hours of 12am and 6am on 5/22, 5/25, 5/28, 5/29, 5/31 and 6/1/05. This case manager placed the defendant on home confinement for 21 days as an administrative sanction. After continued infractions, home confinement was extended until a court hearing can be held. The defendant has not offered any excuse as to why he has continuously violated his curfew. On 6/8/05, electronic monitoring indicates the defendant removed the ankle bracelet and no further information has been received.

**DRUG TESTING:**

The defendant has incurred five (5) drug infractions. He tested positive on 5/12, 5/19, 5/26/05 and 6/2/05. He also failed to report for testing on 6/9/05. The defendant's testing has been increased to twice per week as an administrative sanction. This case manager referred the defendant for an ASI on 5/26/05, however the defendant failed to remain for the assessment. He reported for the ASI on 5/31/05 and outpatient treatment was recommended.

**REPORTING:**

The defendant failed to report once for his face-to-face contact with his case manager on 6/9/05.

**RECOMMENDATION:**

Based on the above information, the defendant is in violation of his conditions of release. At this time, PSA requests a hearing pursuant to 18:3148 to determine if there are any release conditions to assure appearance in court and safety to the community.

See the attached drug testing and curfew reports for a record of the defendant's compliance.

**Information contained in this report is confidential and not for inclusion in the public record. 42 CFR, Part 2, prohibits the disclosure of substance abuse treatment information without the defendant's consent.**

CC:  Assistant U.S. Attorney
     Defense Attorney

## DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

PSA Intensive Supervision & Electronic Monitoring
633 Indiana Avenue, NW Ste 1020
Washington, DC 20004
Phone: 220-5590 | Fax: 220-5565

# Drug Status Report

Prepared: 6/15/2005  4:33:20PM By: Alisha Glover

To:     The Honorable John         M. Facciola

From:   Alisha Glover, Pretrial Services Officer

RE:     **Ralph L. Price**

June 15, 2005   4:33 pm

PDID#  P 466142

**Docket Number (s)**

CR05-000195

**Appearance Date (s)**

06/08/2005

### Supervision Period: 05/02/2005 to 06/13/2005

The following information reflects the above-named defendant's substance abuse record.

| DATE | DESCRIPTION | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA |
|------|-------------|-----|-----|------|-----|-----|------|-----|------|
| 06/09/2005 | **Surveillance** | | | *Did Not Report for Testing* | | | | | |
| 06/07/2005 | **Surveillance**<br>Laboratory review indicates test result to be residual.  No sanction. | -- | Neg | -- | Neg | POS | Neg | -- | Norm |
| 06/02/2005 | **Surveillance**<br>Laboratory review indicates test result to be new use. | -- | Neg | -- | Neg | POS | Neg | — | Norm |
| 05/31/2005 | **Substance abuse assessment**<br>Substance abuse assessment completed- outpatient treatment recommended in CR05-00-0195. 5/31/2005. | | | | | | | | |
| 05/26/2005 | **Surveillance**<br>Laboratory review indicates test result to be new use. | -- | Neg | -- | Neg | POS | Neg | -- | Norm |
| 05/19/2005 | **Surveillance**<br>Laboratory review indicates test result to be new use. | -- | Neg | -- | Neg | POS | Neg | -- | Norm |
| 05/12/2005 | **Surveillance**<br>Laboratory review indicates test result to be new use. | -- | Neg | -- | Neg | POS | Neg | -- | Norm |
| 05/05/2005 | **Surveillance** | -- | Neg | -- | Neg | -- | -- | -- | -- |
| 05/02/2005 | **Placement** | -- | Neg | -- | Neg | POS | Neg | -- | Norm-- |
| 05/02/2005 | **Placement**<br>Defendant was placed in High Intensity Supervision Program drug testing program in 05-000228M on 5/2/2005. | | | | | | | | |
| 05/02/2005 | **Surveillance (remark)**<br>Positive identification was made via battery of questions. | | | | | | | | |

Defense Attorney:                                                                 Phone Number:

*For further compliance information, please call .*

*This information is intended for use by the Court and the attorneys, and not for inclusion in the court jacket.*

Prepared:  6/15/05  4:33:20 pm By:

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

PSA Intensive Supervision & Electronic Monitoring

633 Indiana Avenue, NW Ste 1020

Washington, DC 20004

Phone: 220-5590 | Fax: 220-5565

## Curfew Report

**To:** The Honorable John          M. Facciola

**From:** Alisha Glover, Pretrial Services Officer

**RE:** Ralph L. Price

June 15, 2005    4:34 pm

PDID# P 466142

| **Docket Number (s)** | **Appearance Date (s)** |
|---|---|
| CR05-000195 | 06/08/2005 |

### Supervision Period: 04/29/2005 to 05/19/2005

The following information reflects the above-named defendant's curfew record.

| Call Date | Call Time | Phone Text | Call Disposition | Compliance | Caller |
|---|---|---|---|---|---|
| 05/18/2005 | 10:59:45 pm | (202)248-4834 | No Answer After Ten Rings | NO | Michelle Hare |
| 05/17/2005 | 10:28:40 pm | (202)248-4834 | Defendant at Home | YES | Michelle Hare |
| 05/15/2005 | 11:35:22 pm | (202)248-4834 | Defendant at Home | YES | Michelle Robillard |
| 05/15/2005 | 12:06:37 am | (202)248-4834 | RESPONDENT: Deft Not at Home | NO | Jennie Nelson |
| 05/10/2005 | 11:12:50 pm | (202)248-4834 | Defendant at Home | YES | Catina Bryant |
| 05/10/2005 | 12:46:59 am | (202)248-4834 | RESPONDENT: Deft Not at Home | NO | Catina Bryant |
| 05/06/2005 | 10:47:52 pm | (202)248-4834 | No Answer After Ten Rings | NO | Catina Bryant |
| 05/05/2005 | 11:08:58 pm | (202)248-4834 | Defendant at Home | YES | Catina Bryant |
| | | (202)248-4834 | | CNM | |

Defense Attorney:                                                          Phone Number:

*For further compliance information, please call 220-5590.*

*This information is intended for use by the Court and the attorneys, and not for inclusion in the court jacket.*

Prepared: 6/15/05 4:34:11 pm By: Alisha Glover