DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING CONDITIONS OF RELEASE.

LOCKUP NO.                                              APRIL 27, 2005

    UNITED STATES OF AMERICA VS RALPH LAMONT PRICE

    CHARGES: CSA, NFA                          DATE OF BIRTH: 04-02-1980

ADDRESS:

    CURRENT ADDRESS:   3407 13TH PLACE, SE APT 301
        WASHINGTON, DC 20032
    LIVES WITH: FRIEND
    LENGTH OF RESIDENCE: 6 MONTHS
    UNVERIFIED   SEE REMARKS

    PRIOR ADDRESS:     2315 GREEN STREET, SE APT 3
        WASHINGTON, DC 20020
    LIVES WITH: MOTHER
    LENGTH OF RESIDENCE: 10 YEARS
    VERIFIED BY MOTHER

EMPLOYMENT/SCHOOL/SUPPORT:

    PRESENT STATUS: EMPLOYED
    WHERE: SMITHSONIAN
    HOW LONG: 1 MONTH
    TYPE OF WORK:   RESTAURANT ASST.
    VERIFIED BY MOTHER

    PRIOR STATUS:   UNEMPLOYED
    HOW LONG: 1 YEAR
    INCOME SOURCE: FAMILY
    VERIFIED BY MOTHER

COMMUNITY TIES/EDUCATION:

    DC AREA RESIDENT FOR: LIFE         STEADILY
    YEARS EDUCATION: 012
    MARITAL STATUS: SINGLE
    NUMBER CHILDREN: 02
    LIVES WITH CHILDREN: YES
    OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
        CHILD/CHILDREN
        MOTHER
    VERIFIED BY MOTHER

HEALTH HISTORY:

    NO APPARENT HEALTH PROBLEMS

SELF-REPORTED SUBSTANCE ABUSE:

PRETRIAL SERVICES CASE NO.: 05117976    BAID: 00318990    TIME: 08:22 AM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO.     (CONTINUED)                           APRIL 27, 2005
RALPH LAMONT PRICE                                   PAGE: 02


    DEFENDANT INDICATES HAVING NEVER USED ILLEGAL DRUGS.

TEST RESULTS:

    FROM: 04-27-05
            * NO INFORMATION AVAILABLE *

PENDING CASES:

    NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

    DISPOSITION DATE: 04-01-04
    DOCKET NUMBER: ST06066-03
    PLACE: DISTRICT OF COLUMBIA
    CHARGES/SENTENCE:
        OWI/ 30D SUS, 200 FI, 6 MONTHS PROBATION (SEE REMARKS)
    COMPLIANCE REMARK:
        UNREGISTERED VEHICLE/ 30D SUS, 50 FI, 6MOS PROB C.W.A.O.CNT
        ************************************************************
        ACCORDING TO SUPERIOR COURT RECORDS, PROBATION WAS REVOKED
        IN THIS CASE ON 10/01/04 AND THE DEFT WAS SENTENCED TO
        30 DAYS. DC JAIL RECORDS INDICATE THAT HE WAS RELEASED
        10/29/04.

PRETRIAL SERVICES RECOMMENDATION:

DETENTION ELIGIBILITY:
    ACCORDING TO INFORMATION AVAILABLE TO PRETRIAL SERVICES, THE DEFENDANT
    QUALIFIES TO BE DETAINED UNDER THE FOLLOWING PROVISION(S):

    A HEARING TO DETERMINE WHETHER THE DEFENDANT SHOULD BE HELD
    WITHOUT BAIL UNDER USC 18-3142(F) PRIOR TO THE IMPOSITION OF
    ANY RELEASE CONDITIONS.

    IF THE DEFENDANT IS NOT TO BE HELD UNDER THE ABOVE PROVISION(S),
    THE AGENCY RECOMMENDS:

  APPEARANCE RECOMMENDATIONS

    THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
    THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
    FAILURE TO APPEAR:
        THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY FOR
        DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.
        THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY

PRETRIAL SERVICES CASE NO.: 05117976    BAID: 00318990    TIME: 08:22 AM

```
                    DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO.     (CONTINUED)                                      APRIL 27, 2005
RALPH LAMONT PRICE                                                    PAGE: 03


        WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
        MAIL NOTIFICATION CAN BE RECEIVED.


    SAFETY RECOMMENDATIONS

      THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
      THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
      THREAT TO COMMUNITY SAFETY:
          THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
          FOR DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.


      REMARKS:
          THE DEFT WAS INTERVIEWED IN SUPERIOR COURT PRIOR TO BEING
          TRANSFERRED OVER TO U.S. DISTRICT COURT.
          THE DEFT'S REFERENCE WAS UNABLE TO VERIFY HIS EXACT ADDRESS.


                    PRETRIAL SERVICES REPRESENTATIVE

                        JEREMY A. SCHUHMACHER

                    _____


PRETRIAL SERVICES CASE NO.: 05117976    BAID: 00318990    TIME: 08:22 AM
```