UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. No. 05-195 (JR) |
| RALPH LAMONT PRICE, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's Motion for Bond Review, and finding good cause shown, it is this ___ day of _____, 2005, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Ralph Price shall be placed into an appropriate drug treatment program.

_____
The Honorable James Robertson

Copies to:
Jonathan Jeffress, FPD
Barry Wiegand, AUSA
Melvin Tilden, PSA