IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-195 (JR) |
| ) | |
| RALPH PRICE, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Ralph Price, through undersigned counsel, respectfully submits this unopposed motion to continue the plea hearing in this matter.

As grounds for this motion, defense counsel submits:

1. Mr. Price's plea is currently scheduled for tomorrow, October 20, 2005 at 9:15 a.m.

2. Due to recent discussions over the terms of the plea agreement initiated by the defense, the defense is respectfully requesting a brief continuance of the plea hearing. Undersigned counsel contacted Your Honor's law clerk on this subject today at 12:10 p.m. If acceptable to the Court, the parties would like two additional weeks to work out a final plea agreement.

3. To the extent any speedy trial issues exist, Mr. Price hereby waives any additional delay caused by the granting of this motion.

4. The Government does not oppose the above request.

WHEREFORE, Mr. Price respectfully requests that the plea hearing in this matter be continued for approximately 2 weeks.

        Respectfully submitted,

        A.J. KRAMER
        Federal Public Defender

        _____/s/_____

        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C.  20004
        (202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 05-195 (JR)** |
| ) | |
| **RALPH PRICE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of the defendant's unopposed motion for a continuance of the plea hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for

_____, 2005 at _____ am/pm.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tonya Sulia, AUSA