IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 05-195 (JR) |
| ) | |
| RALPH PRICE,              ) | |
| ) | |
| Defendant.            ) | |

## SECOND UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Ralph Price, through undersigned counsel, respectfully submits this unopposed motion to continue the plea hearing in this matter.

As grounds for this motion, defense counsel submits:

1. As a result of Mr. Price's first unopposed motion to continue the plea hearing, the Court set this matter down for November 8, 2005 at 9:15 am.

2. Defense counsel will be out of the jurisdiction between November 7-10, 2005. Accordingly, Mr. Price requests that the plea be rescheduled for sometime after November 15, 2005.

3. To the extent any speedy trial issues exist, Mr. Price hereby waives any additional delay caused by the granting of this motion.

4. The Government does not oppose the above request.

WHEREFORE, Mr. Price respectfully requests that the plea hearing in this matter be continued until a date after November 15, 2005.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-195 (JR) |
| ) | |
| **RALPH PRICE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of the defendant's second unopposed motion for a continuance of the plea hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for

_____, 2005 at _____ am/pm.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tonya Sulia, AUSA