UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-195 (JR) |
| | : | |
| v. | : | |
| | : | |
| RALPH PRICE | : | |
|     Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number 202-305-2196 and/or email address michael.harvey2@usdoj.gov. Michael Harvey will substitute for Assistant United States Attorney Tonya Sulia as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Michael Harvey
Assistant United States Attorney
Federal Major Crimes, Bar No. 447-465
555 4th Street, NW, Room 4242
Washington, DC 20530
202-305-2195