**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No.: 05-195 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **RALPH PRICE** | : | |

## NOTICE OF FILING

  The government requests that the attached letter dated November 17, 2005 and the attachments thereto, be made part of the record in this case.

        Respectfully Submitted,


        KENNETH L. WAINSTEIN
        United States Attorney


   By: _____
        Michael Harvey
        Assistant United States Attorney
        U.S. Attorney's Office
        Federal Major Crimes, Bar No.  447-465
        Room 4243
        Washington, D.C.  20530
        (202) 305-2195