IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-195 (JR) |
| ) | |
| RALPH PRICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE PLEA HEARING

Defendant, Ralph Price, through undersigned counsel, respectfully submits this joint motion to continue the plea hearing in this matter.

As grounds for this motion, defense counsel submits:

1. As a result of Mr. Price's second unopposed motion to continue the plea hearing, the Court set this matter down for tomorrow, January 6, 2006 at 9:30 am.

2. The government and the defense are working diligently on a resolution. However, issues have arisen that have required additional meetings among counsel and other individuals.

3. To the extent any speedy trial issues exist, Mr. Price hereby waives any additional delay caused by the granting of this motion.

4. The Government joints in this request.

5. Counsel has contacted chambers concerning this request. All parties and chambers agree that January 23, 2006 at 9:00 am is a good date for the rescheduled plea hearing.

WHEREFORE, the parties respectfully request that the plea hearing in this matter be continued until January 23, 2006 at 9:00 am.

    Respectfully submitted,

    A.J. KRAMER
    Federal Public Defender


    _____/s/_____
    Jonathan S. Jeffress
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Ste 550
    Washington, D.C. 20004
    (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-195 (JR) |
| ) | |
| RALPH PRICE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the joint motion for a continuance of the plea hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for January 23, 2006 at 9:00 am.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
G. Michael Harvey, AUSA