UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-195 (JR) |
| RALPH PRICE | ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION FOR RECOMMENDATION THAT DEFENDANT BE
TRANSFERRED TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant Ralph Price, through counsel, respectfully moves this Court for an order recommending that he be transferred to the Correctional Treatment Facility ("CTF"). As grounds for this motion, counsel states the following:

1. On May 24, 2005, Mr. Price was charged with one count of Unlawful Distribution of Five Grams or More of Cocaine Base; one count of Possession With Intent to Distribute PCP; and one count of Carrying a Firearm During a Drug Trafficking Offense. The parties are currently working on several issues in an attempt to resolve the case prior to trial.

2. Mr. Price requests that he be transferred to CTF so that he can participate in the drug treatment program available at CTF.

3. Undersigned counsel contacted AUSA G. Michael Harvey regarding this request. The United States has no objection to this request.

For the above-stated reasons, and any others the Court deems just and proper, Mr. Price respectfully requests that the Court enter the attached Order recommending a transfer of Mr. Price to the Correctional Treatment Facility.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-195 (JR) |
| ) | |
| RALPH PRICE ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's unopposed motion, it is hereby

**RECOMMENDED** that

Defendant Price be transferred there so as to participate in drug treatment.

**SO ORDERED** this _____ day of _____, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
G. Michael Harvey, AUSA
United States Marshal for
The District of Columbia
Records Office - Central Treatment Facility