IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 05-195 (JR) |
| ) | |
| RALPH PRICE  ) | |
| ) | |
| Defendant.  ) | |

**FILED**

JAN 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's unopposed motion, it is hereby

**RECOMMENDED** that

Defendant Price be transferred to C.T.F. so as to participate in drug treatment.

SO ORDERED this 18th day of January, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
G. Michael Harvey, AUSA
United States Marshal for
The District of Columbia
Records Office - Central Treatment Facility