UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Crim. No. 05-195 (JR) |
| ) | |
| RALPH LAMONT PRICE, ) | |
| ) | |
| Defendant.  ) | |

**JOINT MOTION FOR CRIMINAL HISTORY REPORT**

Mr. Ralph Price, the defendant, respectfully submits this joint motion for a criminal history report. As discussed in open Court at the status conference held on February 1, 2006, the parties are jointly requesting that the Probation Office produce a report to the Court and the parties on Mr. Price's criminal history, if any. The requested report may streamline the litigation of this matter and is therefore in the interest of the parties and judicial efficiency.

**WHEREFORE**, for the foregoing reasons, the parties respectfully move this Honorable Court to issue the attached Order requesting a criminal history report from the Probation Office.

Respectfully submitted,

         /s/
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500