# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Crim. No. 05-195 (JR) |
| | ) | |
| **RALPH LAMONT PRICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Joint Motion for Criminal History Report, and finding good cause shown, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Probation Office shall produce a report in the standard format on the criminal history, if any, of defendant Ralph Price.

                                                                     _____
                                                                     The Honorable James Robertson

Copies to:

Jonathan Jeffress, FPD
G. Michael Harvey, AUSA
Mark McCrosson, USPO
United States Probation Office