**FILED**

FEB 0 6 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-195 (JR) |
| | ) | |
| RALPH LAMONT PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Motion for Criminal History Report, and finding good cause shown, it is this 6th day of February, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Probation Office shall produce a report in the standard format on the criminal history, if any, of defendant Ralph Price.

_____
James Robertson
United States District Judge

Copies to:

Jonathan Jeffress, FPD
G. Michael Harvey, AUSA
Mark McCrosson, USPO
United States Probation Office