UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

vs. : Criminal No. 05-195 (JR)

RALPH LAMONT PRICE, :

## NOTICE OF APPEAL

Name and address of appellant:  Ralph L. Price
DCDC 302-583
CTF
1901 E Street, SE
Washington, DC  20003

Name and address of appellant's attorney:   Jonathan Jeffress, Assistant Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

Offense:

Concise statement of judgment or order, giving date, and any sentence:

06/28/06: 60 months imprisonment, credit for time already served; 48 months s supervised release; $100.00 special assessment.

Name of institution where now confined, if not on bail:   DC Central Treatment Facility

I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia from the above-stated judgment.

  07/17/06                             Ralph L. Price
DATE                                APPELLANT


CJA, NO FEE                              "/s/"
PAID USDC FEE                    ATTORNEY FOR APPELLANT
PAID USCA FEE

Does counsel wish to appeal on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes