# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-3111**                                  September Term, 2006

05cr00195-01

Filed On:

United States of America,
    Appellee

  v.

Ralph Lamont Price,
    Appellant

FILED
MAR - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 2 7 2007

CLERK

### ORDER

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                   BY:
                                  Nancy G. Dunn
                                  Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk