UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH LAMONT PRICE,           :
       Petitioner,           :
   v.                         :  Crim. Action No. 05-0195 (JR)
UNITED STATES OF AMERICA,     :
       Respondent.           :

**ORDER**

Pursuant to 28 U.S.C. § 2255, notice is hereby given to the United States Attorney of the pendency of petitioner's motion to vacate, set aside or correct sentence. The government shall have 30 days from the date of this order to file any opposition.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge