FILED
JUL 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH LAMONT PRICE, :
:
    Petitioner, :
:
v. : Crim. Action No. 05-0195 (JR)
:
UNITED STATES OF AMERICA, :
:
    Respondent. :

### ORDER

Absent any response by the government to this Court's order of 5/25/07, petitioner's motion to vacate or correct sentence will be **granted** on July 10, 2007, at 5:00 pm.

_____
JAMES ROBERTSON
United States District Judge