UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 05-195 (JR) |
| : | |
| v. : | |
| : | |
| RALPH PRICE : | |

GOVERNMENT'S MOTION FOR EXTENSION
OF TIME FOR FILING A RESPONSE TO DEFENDANT'S
PRO SE MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE, PURSUANT TO 28 U.S.C. SECTION 2255

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its response to defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. Section 2255. As grounds for this request, the United States submits the following:

1. On May 1, 2007, defendant apparently mailed a pro se Section 2255 motion, and it was received in the Clerk's Office of the U.S. District Court for the District of Columbia for filing on May 20, 2007. On May 24, 2007, this Court ordered that the government file its response to defendant's motion within 30 days of the date of the Court's Order. An electronic notice of this Order was sent to the prosecutor who handled the plea and sentencing in this case, but for reasons unknown, was not sent to the Special Proceedings Division.[1]

---

[1] The Clerk's Office has established a system under which the Special Proceedings Division is supposed to receive electronic notice of filings and court Orders in every Section 2255 case. The government does not know why that did not occur in this case.

2. On July 5, 2007, the Court issued a new Order, directing the government to respond to defendant's motion by July 10, 2007, and stating that if the government failed to respond by that date, the Court would grant defendant's Section 2255 motion. The electronic notice was again sent to the prosecutor who handled the defendant's plea and sentencing and not to the Special Proceedings Division. However, on July 5, 2007, the Chief of the Special Proceedings Division was notified by the plea and sentencing AUSA of the Court's May 24 and July 5 Orders.

3. On the afternoon of July 5, 2007, the same day that the Special Proceedings Division learned of the Court's Order, this case was assigned to the undersigned Assistant United States Attorney, in order to investigate the claims that defendant is raising in his motion and to prepare a response on behalf of the government. Therefore, the government will need additional time to file its response to defendant's motion, so that it can order the plea and sentencing transcripts in this case, review the information contained in these transcripts, review the information contained in the Court's and the government's files, contact and interview defense counsel, and incorporate this information into the government's response.

4. Based on all of the above, the government would therefore respectfully request an extension of 60 days, until Monday, September 10, 2007, to file its response to defendant's motion.

WHEREFORE, the United States respectfully requests an extension of time, until September 10, 2007, to file its response to defendant's motion. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Section
Assistant United States Attorney


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Room 10-447
555 4th Street, N.W.
Washington, D.C. 20530
202-353-9870


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been served by mail upon pro se defendant, Ralph Price, Registration Number 28073-016, F.C.I. Cumberland, P.O. Box 1000, Cumberland, MD 21501-1000, on this _ 9th__ day of July 2007.


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney