UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RALPH L. PRICE,
      petitioner.

     V.

UNITED STATES OF AMERICA
      Respondent.

:
:
:
:
:
:
:
:
:
:
:

FILED

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR CASE NO: 05-0195

HONORABLE JUDGE: JAMES ROBERTSON

---

A MOTION TO COMPEL THE GOVERNMENT TO MOVE AND DISPOSITION ON

28 U.S.C. § 2255

---

NOW COMES RALPH L. PRICE, a pro se petitioner/Appellant in the above captioned case, in an action under appeal habeas corpus 2255 4(A (1), collateral review petitioner strongly believes he is entitled to immediate relief by remand orders from this court for sentencing, downward departures.

Wherefore, the petitioner respectfully requesting that this court would not grant the government a extend time for filings its response to defendant's pro se motion to vacate, set aside, or correct sentence pursuant to 2255 u.s.c. and I make this in opposition to my motion F.R.A.P. procedures.

On May 1, 2007, defendant apparently mailed a pro se motion to the district court it was received in the clerk's office May 24, 2007. The court ordered the government to response to the motion within(30), days of the of the court order, was electronic notice sent to the prosecutor who handled the plea and sentencing in this case.

But for some reason unknown, it wasn't sent to the special proceedings Division. SEE: GOVERNMENT'S MOTION FILED JULY 9, 2007 DOCKET, (43)... 1:05-cr-195-1  ASSISTANT UNITED STATES ATTORNEY, TRICA D. FRANCIS. I pray that this honorable court will not grant the order to sept.10, 2007 as it had all ready been over 30 days to response to my filings.

-1 of 1 -

please immediately acknowledge receipt of this action/request and no-
tify all parties as to my request,as I am without funds to afford cop-
ies and no one from my housing unit team is available to provide me
free copies,therefore,I move with all the foregoing in forma pauperis
status. 28 U.S.C. § 1915 et seq.,28 U.S.C. § 2243 within (72) hours.


## CONCLUSION

    For the foregoing reasons,petitioner,Mr.Ralph Price,respectfully
requests this Honorable court to compel the government to respond by
the orginal order handed down by the district Judge JAMES ROBERTSON,
filed on May 24,2007,any opposition.(SO ORDERED).over date of this re-
sponses JULY 10,2007, motion section 2255 28 U.S.C. §,PETITIONER IS
PRO SE,so he ask this court to have mercy,to accept this motion is the
incorrect phrases have been used. He prayerfully ask this court to gr-
ant his request.

              SUBMITTED ON THIS THE 15 DAY OF JULY,2007,AD.




                              RESPECTFULLY SUBMITTED,

                              Ralph Price
                              MR.RALPH L.PRICE
                              REG.NO: 28073-016
                              FEDERAL CORRECTIONAL INST.
                              P.O. BOX 1000
                              CUMBERLAND,MARYLAND 21501

CC:FILED


                      - 1 of 2 -

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the fore going has been mailed,U.S. Postage prepaid to the below listed officia at the below listed address on this same day at:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. ATTORNEY
TRICIA D. FRANCIS,Esq.
555 4th STREET,N.W.
WASHINGTON,D.C. 20530

BY: *Ralph Price*
RALPH PRICE,PRO SE