UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | Case No. 05-195 (JR) |
| : | | |
| v.           : | | |
| : | | |
| RALPH PRICE : | | |

GOVERNMENT'S MOTION FOR EXTENSION
OF TIME FOR FILING A RESPONSE TO DEFENDANT'S
PRO SE MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE, PURSUANT TO 28 U.S.C. SECTION 2255

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its response to defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. Section 2255. As grounds for this request, the United States submits the following:

1. On July 9, 2007, the government requested its first 60-day extension to file a response to defendant's pro se Section 2255 motion. In its first motion, the government asked for an extension until September 10, 2007 to file its response to defendant's motion.

2. Shortly after the government filed for an extension in this case, the undersigned AUSA was assigned to handle another case, due to the impending retirement of another colleague. That matter had been pending for six years, and it involved a hearing was scheduled to take place during the week of August 13, 2007, in the Superior Court of the District of Columbia. Due to the age of the case, no continuances were going to be granted for the government or for the defense. Consequently, that case required an extensive amount of

preparation prior to the hearing, which included reviewing a large transcript, reviewing several pleadings, and interviewing and preparing witnesses to testify at the hearing.  Although that hearing began on August 13, 2007, it did not end until August 30, 2007, which was well beyond the time that any of the parties expected the hearing to end.

    3.    Although the hearing has ended prior to the current due date for the government's response in this case, undersigned counsel will be on a pre-scheduled period of committed leave, and will be out of the country for the first two and a half weeks of September 2007, as of August 31, 2007.  Consequently, undersigned counsel was unable to investigate the claims contained in defendant's motion and prepare a response prior to her period of committed leave.  When undersigned counsel returns from this period of committed leave, undersigned counsel will be handling a voluminous caseload, which will include responding to numerous pleadings.  Therefore, based on undersigned counsel's current caseload and schedule, the government is seeking an additional 60-day extension, until Friday, November 9, 2007, to investigate the allegations that defendant is raising in his motion, to review the file, to interview defendant's trial counsel, and to prepare a response for the Court to review.

    4.  Based on all of the above, the government would therefore respectfully request an extension of 60 days, until Friday, November 9, 2007, to file its response to defendant's motion.

    WHEREFORE, the United States respectfully requests an extension of time, until November 9, 2007, to file its response to defendant's motion.   A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Section
Assistant United States Attorney


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Room 10-447
555 4th Street, N.W.
Washington, D.C. 20530
202-353-9870


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been served by mail upon pro se defendant, Ralph Price, Registration Number 28073-016, F.C.I. Cumberland, P.O. Box 1000, Cumberland, MD 21501-1000, on this _ 31st __ day of August 2007.


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney