UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 05-195 (JR) |
| : | |
| v. : | |
| : | |
| RALPH PRICE : | |

### ORDER

Upon consideration of the government's motion to extend the time for filing its response to defendant's <u>pro se</u> Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2255, and the reasons stated therefore, it is

ORDERED that the government's motion is granted, and it is further

ORDERED that the government file its response by Friday, November 9, 2007.

_____     _____
DATE                              HON. JAMES ROBERTSON
                                  U.S. District Court
                                  District of Columbia

cc:

Tricia D. Francis, Esq.            Ralph Price
Assistant U.S. Attorney            Reg. No. 28073-016
Special Proceedings Section        F.C.I. Cumberland
555 4th Street, N.W.               P.O. Box 1000
Washington, D.C. 20530             Cumberland, MD 21501-1000