FILED

NOV 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Case No. 05-195 (JR) |
| : | | |
| v. : | | |
| : | | |
| **RALPH PRICE** : | | |

### ORDER

Upon consideration of the Government's Motion For An Order Finding Waiver of Attorney-Client Privilege With Respect To The Claims Of Ineffective Assistance of Counsel Raised in Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, Or Correct Sentence and Judgment, it is hereby:

ORDERED that the attorney-client privilege as it applies to petitioner's former counsel, Jonathan Jeffress, in relation to matters raised by petitioner's in his pro se Motion to Vacate, Set Aside or Correct Sentence and Judgment pursuant to 28 U.S.C. § 2255, shall be deemed waived;

And it is FURTHER ORDERED that Mr. Jeffress shall be permitted to discuss his representation of the petitioner with the government, disclose to the government any documents in his possession that relate to the petitioner's post-conviction claims, provide an affidavit, if necessary, relating to the petitioner's claims, and testify at an evidentiary hearing, if necessary, with respect to his representation of the petitioner in this case.

SO ORDERED.

_____
United States District Court Judge

<u>Copies to (via ECF):</u>

Tricia D. Francis
Assistant United States Attorney

Jonathan Jeffress
Assistant Federal Public Defender